# Exhibit "A"

# Index of State Records

**SUIT NO. 654955**
**LONE STAR SAND LLC VS**
**WILDCATTER MATERIAL SOLUTIONS LLC,**
**First Judicial Court Caddo Parish**

| | | |
|---|---|---|
| 1. | | Copy of Docket as of October 15, 2025 |
| 2. | 01/23/2025 | [Original] Petition for Breach of Contract and Damages |
| 3. | 02/28/2025 | Sheriff's Return of Citation to Wildcatter Material Solutions LLC |
| 4. | 06/18/2025 | Wildcatter Material Solutions LLC's Answer, Affirmative Defenses, and Reconventional Demand |
| 5. | 07/09/2025 | Lone Star Sand, LLC's Answer to Reconventional Demand and Defenses |
| 6. | 09/04/2025 | Order of Court Granting Leave to File Amended Petition |
| 7. | 09/04/2025 | Lone Star Sand, LLC's Amended and Restated Petition for Breach of Contract, Nullity of Contract, Personal Liability, and Damages |