# Exhibit A – 1

# Copy of Docket as of October 15, 2025

**Caddo Parish Clerk of Court**
**Hon. Mike Spence , Clerk of Court**
**Civil Suit Ledger- 654955**

Suit Number: **654955**
Division: A

**LONE STAR SAND LLC**
**VS**
**WILDCATTER MATERIAL SOLUTIONS LLC**

Date Filed: 1/21/2025
Cause: CONTRACT

Plaintiff Atty: HUDSON, POTTS & BERNSTE
Attorney #: 834
P.O. BOX 3008
MONROE, LA 71210

Defendant Atty:
Attorney #:

| Suit Advance Balance | Suit Witness Balance | Suit Bond Balance | Suit Pauper Balance | Suit Total Costs |
|---|---|---|---|---|
| $50.24 | $0.00 | $0.00 | $0.00 | $1093.56 |

| Date | Description | Balance Type | Deposit | Charge |
|---|---|---|---|---|
| 01/21/2025 | ADVANCE DEPOSITS<br>Robert Balwin | Advance | 400.00 | |
| 01/21/2025 | JUDGES COMP (ACT 63-1985) | Advance | | 30.50 |
| 01/21/2025 | JUD EXP FUND (RS 13:996.16) | Advance | | 15.00 |
| 01/21/2025 | COURT REPORTER (ACT 13 - 2015) | Advance | | 75.00 |
| 01/23/2025 | CITATION | Advance | | 15.00 |
| 01/23/2025 | INDEXING FEE (ACT 243) | Advance | | 4.00 |
| 01/23/2025 | FLAT MAIL | Advance | | 1.63 |
| 01/23/2025 | COPIES | Advance | | 60.00 |
| 01/23/2025 | CERTIFIED COPY | Advance | | 10.00 |
| 01/23/2025 | MINUTE ENTRY (ACT 243) | Advance | | 5.00 |
| 01/23/2025 | ATTACHED EXHIBITS (ACT 243) | Advance | | 30.00 |
| 01/23/2025 | NEW PETITION | Advance | | 22.00 |
| 01/23/2025 | JUDICIAL COLLEGE FEE (ACT 405) | Advance | | 0.50 |
| 01/23/2025 | PRO BONO PROJ 2 (RS 13:1000) | Advance | | 3.00 |
| 01/23/2025 | PRO BONO PROJ (RS 13:1000) | Advance | | 3.00 |
| 01/23/2025 | INITIALIZATION FEE (ACT 243) | Advance | | 20.00 |
| 02/27/2025 | ATTORNEY SHERIFF RETURN NOTICE | Advance | | 5.00 |
| 02/27/2025 | SHERIFF RETURN | Advance | | 6.00 |
| 02/27/2025 | OUTSIDE SHERIFF | Advance | | 33.78 |
| 06/18/2025 | ADVANCE DEPOSITS<br>LORI MARTIN | Advance | 180.00 | |
| 06/18/2025 | COPIES | Advance | | 8.00 |
| 06/18/2025 | MINUTE ENTRY (ACT 243) | Advance | | 5.00 |
| 06/18/2025 | ANSWER & RECONVENTIONAL DEMAND | Advance | | 34.00 |
| 06/18/2025 | JUDGES COMP (ACT 63-1985) | Advance | | 30.50 |
| 06/18/2025 | JUD EXP FUND (RS 13:996.16) | Advance | | 15.00 |
| 06/18/2025 | COURT REPORTER (ACT 13 - 2015) | Advance | | 75.00 |
| 07/08/2025 | ADVANCE DEPOSITS<br>Robert Balwin | Advance | 200.00 | |
| 07/09/2025 | COPIES | Advance | | 7.00 |

**Caddo Parish Clerk of Court**
**Hon. Mike Spence , Clerk of Court**
**Civil Suit Ledger- 654955**

| | | | | |
|---|---|---|---|---|
| 07/09/2025 | MINUTE ENTRY (ACT 243) | Advance | | 5.00 |
| 07/09/2025 | ANS. TO RECONVENTIONAL DEMAND | Advance | | 30.00 |
| 08/28/2025 | ADVANCE DEPOSITS<br>Robert Balwin | Advance | 328.80 | |
| 09/03/2025 | LETTER | Advance | | 2.00 |
| 09/04/2025 | CITATION | Advance | | 60.00 |
| 09/04/2025 | FLAT MAIL | Advance | | 15.02 |
| 09/04/2025 | COPIES | Advance | | 290.00 |
| 09/04/2025 | CERTIFIED COPY | Advance | | 65.00 |
| 09/04/2025 | MINUTE ENTRY (ACT 243) | Advance | | 5.00 |
| 09/04/2025 | ATTACHED EXHIBITS (ACT 243) | Advance | | 30.00 |
| 09/04/2025 | AMENDED PETITION | Advance | | 42.00 |
| 10/07/2025 | ADVANCE DEPOSITS<br>Jessica Keeton | Advance | 35.00 | |
| 10/09/2025 | FLAT MAIL | Advance | | 1.63 |
| 10/09/2025 | COPIES | Advance | | 8.00 |
| 10/09/2025 | CERTIFIED COPY | Advance | | 5.00 |
| 10/09/2025 | MINUTE ENTRY (ACT 243) | Advance | | 5.00 |
| 10/09/2025 | ATTACHED EXHIBITS (ACT 243) | Advance | | 2.00 |
| 10/09/2025 | MOTION | Advance | | 14.00 |

| **Suit Parties** | **Type** | **Billing Method** | **Attorney** |
|---|---|---|---|
| LONE STAR SAND LLC | Plaintiff | Paying | HUDSON, POTTS & E |
| DECKER, JOSH | Defendant | Paying | |
| HEMKER, TRAVIS | Defendant | Paying | |
| MIKULEC, CHAD | Defendant | Paying | |
| WILDCATTER MATERIAL SOLUTIC | Defendant | Paying | |

**Suit Totals**

| **Description** | **Amount** |
|---|---|
| Suit Advance Balance | 50.24 |
| Suit Witness Balance | 0.00 |
| Suit Bond Balance | 0.00 |
| Unpayable | 0.00 |
| Suit Pauper Balance | 0.00 |
| Suit Total Costs | 1,093.56 |
| Total Deposits | 1,143.80 |
| Total Refunds | 0.00 |

**Caddo Parish Clerk of Court**
**Hon. Mike Spence , Clerk of Court**
**Civil Suit Ledger- 654955**

Print Date: 10/15/2025
Print Time: 2:53:48PM