# Exhibit A-3

## 02/28/2025
## Sheriff's Return of Citation to Wildcatter Material Solutions LLC

sharonn CPCC.CV.5498175

13113

# Citation

(9)

2

LONE STAR SAND LLC
VS
WILDCATTER MATERIAL SOLUTIONS LLC

NO. 654955– A
STATE OF LOUISIANA
PARISH OF CADDO
FIRST JUDICIAL DISTRICT COURT

THE STATE OF LOUISIANA, TO: WILDCATTER MATERIAL SOLUTIONS LLC
THRU REGISTERED AGENTS INC, AGENT
201 RUE BEAUREGARD, STE 202
LAFAYETTE, LA
70508

RECEIVED
JAN 28 2025
Lafayette Parish Sheriff Office

YOU HAVE BEEN SUED.
Attached to this Citation is a certified copy of the Petition.* The petition tells you what you are being sued for.

You must EITHER do what the petition asks, OR, within TWENTY-ONE (21) days after you have received these documents, you must file an answer or other legal pleadings in the Office of the Clerk of this Court at the Caddo Parish Court House, 501 Texas Street, Room 103, Shreveport, Louisiana.

If you do not do what the petition asks, or if you do not file an answer or legal pleading within TWENTY-ONE (21) days, a judgment may be entered against you. Please be aware of Act 174 of the 2021 regular session of the Louisiana Legislature which changed delays for answering. The full text of this bill can be found at https://legis.la.gov/legis/BillInfo.aspx?i=239989.

This Citation was issued by the Clerk of Court for Caddo Parish, on this date January 22, 2025.

*Also attached are the following:

______

MIKE SPENCE, CLERK OF COURT

By: [signature]
Deputy Clerk

ROBERT M BALDWIN
Attorney

SERVICE INFORMATION: Date 1-29-25 1424

Personal ✓ Domiciliary _____ to X [signature] Emily Wilkerson

Unserved _____ because ______

Remarks ______

S 30
M 3.78
T 33.78

[signature]
Deputy Sheriff

L.P.S.O. Badge# 12600

ACTUAL SERVICE MILEAGE: 5.4

FILED
SHERIFF RETURN
FEB 28 2025
MIKE SPENCE
CLERK OF COURT

LAFAYETTE PARISH SHERIFF
INVOICE

INVOICE # 120809
PAGE 1 OF 1

Pay To:

Mark T. Garber
Lafayette Parish Sheriffs Office
Post Office Drawer 3508
Lafayette, LA 70502

CADDO PARISH CLERK
501 TEXAS STREET ROOM #103
SHREVEPORT, LA71101

| PARISH 9 | Charge | Paid | UnPaid |
|---|---|---|---|
| **SUIT NO. 621769 LAADRIANA KIDD vs BRFHH SHREVEPORT LLC ET AL** | | | |
| 01/27/2025 21 Subpoena Duces Tecum<br>PERSONAL TO SOUTHSIDE PEDIATRICS ON 01/28/2025 BY 12600 DERANGER | 40.92 | 0.00 | 40.92 |
| **SUIT NO. 643381 BRANDON GOODMAN vs KANSAS CITY SOUTHERN RAILWAY COMPANY** | | | |
| 01/27/2025 17 Rule/Rule NISI<br>PERSONAL TO KANSAS CITY SOUTHERN RAILWAY COMPANY THRU KEVIN DILLS ATTNY ON 01/28/2025 BY 13205 GOUDEAU | 33.64 | 0.00 | 33.64 |
| **SUIT NO. 654955 LONE STARR SAND LLC vs WILDCATTER MATERIAL SOLUTIONS LLC** | | | |
| 01/28/2025 2 Citation<br>PERSONAL TO WILDCATTER MATERIAL SOLUTIONS LLC THRU REGISTERED AGENTS INC ON 01/29/2025 BY 12600 DERANGER | 33.78 | 0.00 | 33.78 |

*** TOTAL DUE THIS INVOICE *** 108.34

*********PLEASE RETURN THIS INVOICE OR A COPY WITH PAYMENT*********

FILED
SHERIFF RETURN
FEB 28 2025
MIKE SPENCE
CLERK OF COURT