# Exhibit A-6

# 09/04/2025
# Order of Court Granting Leave to File Amended Petition

STATE OF LOUISIANA * PARISH OF CADDO
FIRST JUDICIAL DISTRICT COURT

LONE STAR SAND, LLC | FILED:______________

VS. NO. 654955 "A"

WILDCATTER MATERIAL SOLUTIONS, LLC | ______________ DEPUTY CLERK OF COURT

**MOTION FOR LEAVE OF COURT TO FILE AMENDED, SUPPLEMENTAL AND RESTATED PETITION FOR BREACH OF CONTRACT, NULLITY OF CONTRACT, PERSONAL LIABILITY AND DAMAGES**

NOW INTO COURT, through its undersigned counsel, comes Plaintiff, LONE STAR SAND, LLC, who respectfully shows:

1.

Plaintiff has learned through written discovery that neither defendant nor any of its members had a valid Louisiana contractor's license at the time it entered into and performed the partial work out of which this litigation arises giving rise to additional causes of action against defendant, as well as its members, individually.

2.

Plaintiff has prepared the attached Amended, Supplemental and Restated Petition to reflect these actions for which it seeks leave of Court for filing pursuant to La. C.C.P. art. 1151 and 1155.

WHEREFORE, PLAINTIFF, LONE STAR SAND, LLC, PRAYS for leave of Court and that the Amended, Supplemental and Restated Petition be filed herein.

Respectfully submitted,

HUDSON, POTTS & BERNSTEIN, LLP
1800 Hudson Lane, Suite 300
Monroe, Louisiana 71201
T: 318-388-4400 / F: 318-322-4194
E: rbaldwin@hpblaw.com
E: jsmith@hpblaw.com

ROBERT M. BALDWIN (#01224)
JASON R. SMITH (#34981)
Attorneys for Plaintiff, Lone Star Sand, LLC

PGS 10 ESH 15 MIN
CC 13 P 290 NAI 15.02 N/J
INDEX ______ REC ______ FAX ______
W/D DOC ______ CERT MAIL ______
SERVICE 4 CIT

$324.80 funds on file

Caddo Parish
654955
A
Filed Aug 28, 2025 1:20 PM
Bailey Barr
Deputy Clerk of Court
E-File Received Aug 28, 2025 1:08 PM

**CERTIFICATE OF SERVICE**

I, Robert M. Baldwin, do hereby certify that a copy of the above and foregoing was delivered, via U.S. Mail and/or Electronic Mail, to the following:

Timothy R. Cook
JP Morgan Chase Tower
600 Travis Street, Suite 5600
Houston, TX 77002
E: **tcook@bradley.com**
Attorneys for Defendant, Wildcatter Material Solutions, LLC

This 28th day of August, 2025.

**ROBERT M. BALDWIN**

**STATE OF LOUISIANA * PARISH OF CADDO**
**FIRST JUDICIAL DISTRICT COURT**

**LONE STAR SAND, LLC** **FILED:**__________________

**VS. NO. 644955**

**WILDCATTER MATERIAL SOLUTIONS, LLC**

________________________
**DEPUTY CLERK OF COURT**

---

**ORDER FOR LEAVE OF COURT TO FILE AMENDED, SUPPLEMENTAL AND RESTATED PETITION FOR BREACH OF CONTRACT, NULLITY OF CONTRACT, PERSONAL LIABILITY AND DAMAGES**

---

CONSIDERING THE MOTION FOR LEAVE OF COURT for the filing of the Amended, Supplemental and Restated Petition and the law being in favor thereof:

IT IS HEREBY ORDERED that leave of Court is granted and the Amended, Supplemental and Restated Petition be filed into the record of this matter.

THUS DONE AND SIGNED this 2nd day of ~~August~~ Sept., 2025.

______________________________
**JUDGE, FIRST JUDICIAL DISTRICT COURT**
**CADDO PARISH, LOUISIANA**